**Matthew G. SILVA, Plaintiff— Appellant,**

v.

**Larry MAYES, Jail Director, King County Jail; et al., Defendants—Appellees.**

No. 07–35172.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 13, 2007.*

Filed Nov. 19, 2007.

Matthew G. Silva, Airway Heights, WA, pro se.

David J. Eldred, Esq., Masaki J. Yamada, Esq., King County Prosecuting Attorney's Office, Civil Division/Tort Section, Seattle, WA, for Defendants–Appellees.

Before: McKEOWN, TALLMAN and CLIFTON, Circuit Judges.

## MEMORANDUM **

This is an appeal from the district court's judgment in this prisoner civil rights case.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

A review of the record and appellant's response to the court's July 26, 2007 order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

To the extent that appellant's response requests that the court vacate the July 26, 2007 denial of in forma pauperis status for this appeal, the request is denied.

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**